**No. 40356.**—Protests 288831–G, etc., of Jay Thorpe, Inc., et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel atomizers, bottles, trays, boxes, place card stands, and photo frames chiefly used on the table or in the household for utilitarian purposes or hollow ware were held dutiable at 40 percent under paragraph 339, *United States* v. *Friedlaender* (21 C. C. P. A.

103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Woolworth* v. *United States* (T. D. 47857), and *Rice* v. *United States* (T. D. 49373) cited. Toilet sets similar to those the subject of Abstract 8950 were held dutiable as brushes at 45 percent under paragraph 1407 and mirrors at 50 percent under paragraph 230.